UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEATTLEHAUNTS, LLC,<br><br>               Plaintiff,<br>    v.<br><br>THOMAS FAMILY FARM, LLC, et al.<br><br>               Defendants. | CASE NO. C19-1937JLR<br><br>ORDER CONFIRMING STIPULATION TO AMEND PLEADINGS |

Before the court is the parties' joint stipulation agreeing to the entry of an order for leave to amend Defendant Thomas Family Farm, LLC's answer and counterclaims. (Dkt. # 32.) The parties have complied with the requirements of LCR 15 and submitted a redlined copy of the amended pleading. (*See* Local Rules W.D. Wash. LCR 15; Redlined Am. Answer (Dkt. # 32-1).)

//

//

ORDER - 1

Thus, the court CONFIRMS the parties' stipulation (Dkt. # 32) and ORDERS that Thomas Family Farm, LLC file and serve the amended pleading on all parties within 14 days of the filing of this order.

Dated this 8th day of December, 2020.

JAMES L. ROBART
United States District Judge

ORDER - 2